John K. Kirby, State Bar No. 104590
Sarah Valentine, State Bar No. 157827
BURNHAM & BROWN
A Professional Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

E-mail: kkirby@burnhambrown.com
svalentine@burnhambrown.com

Attorneys for Plaintiff, JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A), a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEANNE KWONG, sued herein in her capacity as co-trustee of the Kwong Kwok Irrevocable Trust and the Stan Kwong Irrevocable Trust II, a California resident, FENG OUYANG, sued herein in her capacity as co-trustee of the Kwong Kwok Irrevocable Trust and the Stan Kwong Irrevocable Trust II, a California resident, JENNIE KWOK, a California resident.<br><br>Defendant. | No. C09-05893 MHP<br><br>**JOHN HANCOCK LIFE INSURANCE COMPANY'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A))**<br><br><br><br>Complaint Filed: December 16, 2009 |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A), Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) ("John Hancock") hereby voluntarily dismisses its action with prejudice against Defendants Jeanne Kwong, Feng Ouyang and Jennie Kwok ("Defendants"). Prior to the Defendants filing an

1

1  answer or responsive pleading, the parties reached a settlement which resolved all
2  claims arising out of the insurance policies at issue in this action.  Accordingly,
3  John Hancock voluntarily dismisses the entire action against the Defendants, with
4  prejudice.

5  DATED:  April 16, 2010                               BURNHAM BROWN

                                                       By: _____
                                                       SARAH VALENTINE
                                                       Attorneys for PLAINTIFF
                                                       JOHN HANCOCK LIFE INSURANCE
                                                       COMPANY (U.S.A.)

4/21/2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA